IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES STRAWDER,

        Appellant,

v.

Case No.  5D22-2496
LT Case No. 2015-CF-527-A-Z

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed February 28, 2023

Appeal from Circuit Court
for Marion County,
Anthony Michael Tatti, Judge.

James Strawder, Bushnell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Douglas T. Squire,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


MAKAR, JAY and SOUD, JJ., concur.